IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RASHADA TAYLOR

PLAINTIFF

v. Case No. 6:26-cv-6023

FRANK J. BISIGNANO, Commissioner
Social Security Administration

DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed on October 9, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Ford recommends that Plaintiff's Stipulated Motion for Attorney Fees (ECF No. 21) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon consideration, the Court **ADOPTS** the Report and Recommendation (ECF No. 23) in its entirety. Plaintiff's motion (ECF No. 21) is **GRANTED**, and Plaintiff is awarded attorney's fees in the amount of $9,000.00.

**IT IS SO ORDERED**, this 2nd day of November, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge